| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 6:08-CR-193-ORL-28GJK |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | B-12-639 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ramiro Trevino, Jr.<br>Montgomery County Jail<br>1 Criminal Justice Drive<br>Conroe, Texas 77301 | Middle District of Florida | Orlando |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John Antoon II | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/27/1? TO ?/26/15 |

United States District Court
Southern District of Texas
ENTERED
AUG 1 4 2012
David J. Bradley, Clerk of Court

**OFFENSE**

Count One: Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine Hydrochloride

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Florida_

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _Southern District of Texas_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/5/12
Date                                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Southern_ DISTRICT OF _Texas_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/23/12
Effective Date                                                United States District Judge
                                                              Andrew S. Hanen

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, Florida 32801

Sheryl L. Loesch
Clerk

Paul D. Patterson
Orlando Division Manager

B-12-639

UNITED STATES OF AMERICA

-vs-

RAMIRO TREVINO, JR.

United States District Court
Southern District of Texas
RECEIVED

AUG 1 4 2012
Brownsville
David J. Bradley, Clerk of Court

Case No. 6:08-cr-193-Orl-28GJK

TRANSFER OF JURISDICTION

Enclosed are certified copies of the Transfer of Jurisdiction, Indictment, Judgment, and docket sheet pursuant to the transfer of jurisdiction of the probationer named above.

Please acknowledge receipt on the enclosed copy of this letter.

SHERYL L. LOESCH, CLERK

By:   s/M. Pleicones, Deputy Clerk

Enclosures

**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2009 FEB 23 PM 4 21

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

RAMIRO TREVINO, JR.

Case Number: 6:08-CR-193-ORL-28GJK

USM Number: 47795-279   B-12-639

Charles E. Taylor, Jr. (CJA)
18 W. Pine Street
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(b)(1)(B) and 21 USC 846 | Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine Hydrochloride | December 30, 2007 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/20/2009

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____ Deputy Clerk

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

February __21__, 2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

RAMIRO TREVINO, JR.
6:08-CR-193-ORL-28GJK

Page 2 of 4

B-12-639

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **33 Months**.

The Court recommends that the defendant be incarcerated at a Federal Correctional Institution within the State of Texas.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

RAMIRO TREVINO, JR.
6:08-CR-193-ORL-28GJK

Page 3 of 4

B-12-639

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least **ten (10) days** prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall perform **50 hours** of community service as a condition of supervision in lieu of paying a fine.

3. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
| --- | --- | --- |
| $100.00 | No Fine Imposed | No Restitution Ordered |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## SCHEDULE OF PAYMENTS

The Special Assessment shall be paid in full and due immediately.

## FORFEITURE

Defendant shall forfeit to the United States those assets identified, that are subject to forfeiture.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

Deputy Clerk

UNITED STATES OF AMERICA

v.   CASE NO. 6:08-cr-193-ORL-28 GJK
21 U.S.C. § 846
21 U.S.C. § 853 - Forfeiture

CARL ANTHONY COOPER
RAMIRO TREVINO, JR.

B-12-639

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, but from at least as early as on or about September 2007, and continuing thereafter through on or about December 30, 2007, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**CARL ANTHONY COOPER**
**RAMIRO TREVINO, JR.**

the defendants herein, did knowingly, willfully, intentionally, and unlawfully combine, conspire, confederate, and agree with each other and with other persons both known and unknown to the Grand Jury, to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), the amount of cocaine hydrochloride charged herein was 500 grams or more.

All in violation of Title 21, United States Code, Section 846.

B-12-639

## FORFEITURE

1. The allegations contained in Counts One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. For their engagement in the violations alleged in Count One of this Indictment, said violations punishable by imprisonment for more than one year,

**CARL ANTHONY COOPER**
**RAMIRO TREVINO, JR.**

the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all right, title, and interest they may have in:

   a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

   b. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

B-12-639

  e.  has been commingled with other property, which cannot be divided without difficulty.

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

           A TRUE BILL,

           Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Daniel W. Eckhart
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

B-12-639

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CARL ANTHONY COOPER
RAMIRO TREVINO, JR.

## INDICTMENT

Violations:

21 U.S.C. § 846

A true bill,

_____
Foreperson

Filed in open court this 27th day

of August, A.D. 2008.

_____
Clerk

Bail $ _____

GPO 863 525

Revised 05/03/2007

N:\_Criminal Cases\C\Cooper, Carl_2008R00132_DWE\i_indictment_Forms.wpd

CLOSED, REV

B-12-639

U.S. District Court
Middle District of Florida (Orlando)
CRIMINAL DOCKET FOR CASE #: 6:08-cr-00193-JA-GJK-2
Internal Use Only

Case title: USA v. Cooper et al

Date Filed: 08/27/2008
Date Terminated: 02/20/2009

Assigned to: Judge John Antoon II
Referred to: Magistrate Judge Gregory J. Kelly

**Defendant (2)**

**Ramiro Trevino, Jr.**
*TERMINATED: 02/20/2009*

represented by **Charles E. Taylor, Jr.**
Law Office of Charles E. Taylor, Jr.
18 W Pine St
Orlando, FL 32801
407/244-5997
Fax: 407/849-6059
Email: charles@attorneytaylor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS
(Conspiracy to possess with intent to distribute cocaine - 500 grams or more)
(1)

**Disposition**

Imprisonment: 33 months; Court recommends that deft. be incarcerated in the State of Texas. Supervised release: 3 years. Mandatory drug testing requirements are imposed. Special conditions of supervised release: Participate in a program for treatment of drug/alcohol dependency and contribute to the costs of the program; Perform 50 hours of community service; Cooperate in the collection of DNA. Fine: Waived; Special Assessment: $100.00. Forfeiture pursuant to those assets identified that are subject to forfeiture. Defendant is remanded to the custody of the U.S. Marshal

**Highest Offense Level (Opening)**

Felony

B-12-639

**Terminated Counts**  **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**  **Disposition**
None

**Plaintiff**

USA      represented by   **Daniel W. Eckhart**
US Attorney's Office - FLM
Suite 300
501 W Church St
Orlando, FL 32805
407/648-7500
Email: dan.eckhart@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/27/2008 | 1 | INDICTMENT returned in open Court as to Carl Anthony Cooper (1) Count 1, Ramiro Trevino, Jr (2) Count 1. (JRM) (Entered: 08/28/2008) |
| 08/27/2008 | 3 | *** ARREST WARRANT Issued as to Ramiro Trevino, Jr (JRM) (Entered: 08/28/2008) |
| 09/17/2008 | | Arrest of Ramiro Trevino, Jr in Southern District of Texas. (JET) (Entered: 09/26/2008) |
| 09/17/2008 | 4 | Initial appearance on Rule 5(c)3 as to Ramiro Trevino, Jr held on 9/17/08 in Southern District of Texas (JET) (Entered: 09/26/2008) |
| 09/23/2008 | 5 | ORDER OF DETENTION pending trial as to Ramiro Trevino, Jr., entered in Southern District of Texas on 9/23/2008. Rule 5(c).(JET) (Entered: 09/26/2008) |
| 09/25/2008 | 6 | Rule 5(c)(3) documents received (accessed via Pacer) from Southern District of Texas as to Ramiro Trevino, Jr (JET) (Entered: 09/26/2008) |
| 10/08/2008 | 7 | Minute Entry for proceedings held before Magistrate Judge Gregory J. Kelly: ARRAIGNMENT as to Ramiro Trevino Jr. (2) Count 1 held on 10/8/2008. Defendant(s) pled not guilty. (digital) (KKA) (Entered: 10/08/2008) |
| 10/08/2008 | 8 | ***CJA 23 financial affidavit by Ramiro Trevino, Jr. (KKA) (Entered: 10/08/2008) |

B-12-639

| 10/08/2008 | 9 | NOTICE of attorney appearance: Charles E. Taylor, Jr appearing for Ramiro Trevino, Jr. (KKA) (Entered: 10/08/2008) |
|---|---|---|
| 10/08/2008 | 10 | SCHEDULING ORDER as to Ramiro Trevino, Jr. Status Conference set for 11/21/2008 at 09:15 AM in Courtroom 6 B before Judge John Antoon II., Jury Trial set for 12/1/2008 at 09:15 AM in Courtroom 6 B before Judge John Antoon II. Signed by Magistrate Judge Gregory J. Kelly on 10/8/2008. (KKA) (Entered: 10/08/2008) |
| 10/10/2008 | 12 | CJA 20 as to Ramiro Trevino, Jr: appointment of attorney Charles E. Taylor, Jr for Ramiro Trevino, Jr. Signed by Deputy Clerk on 10/08/2008. (KKA) (Entered: 10/10/2008) |
| 11/21/2008 | 20 | Minute Entry for proceedings held before Judge John Antoon II: CRIMINAL STATUS conference as to Ramiro Trevino, Jr held on 11/21/2008. Change of plea to be set before Magistrate Judge 72 hours prior to the commencement of the December 2008 trial term. Counsel for govt: Tanya Wilson standing in for Daniel Eckhart; Counsel for deft: Charles E. Taylor, Jr. Start time: 9:21 a.m; End time: 9:22 a.m. Court Reporter: Sandy Tremel (DJD) (Entered: 11/21/2008) |
| 11/21/2008 | 21 | NOTICE OF HEARING as to Ramiro Trevino, Jr. Change of Plea Hearing set for 11/26/2008 at 10:00 AM in Courtroom 3 C before Magistrate Judge Gregory J. Kelly. (KKA) (Entered: 11/21/2008) |
| 11/25/2008 | 22 | PLEA AGREEMENT re: count(s) One of the Indictment as to Ramiro Trevino, Jr. (Eckhart, Daniel) (Entered: 11/25/2008) |
| 11/26/2008 | 23 | Minute Entry for proceedings held before Magistrate Judge Gregory J. Kelly: CHANGE of plea hearing as to Ramiro Trevino, Jr held on 11/26/2008, Plea entered. (digital) (KKA) (Entered: 11/26/2008) |
| 11/26/2008 | 24 | NOTICE regarding plea of guilty furnished to counsel by Ramiro Trevino, Jr. (KKA) (Entered: 11/26/2008) |
| 11/26/2008 | 25 | CONSENT to inspection of presentence investigation report by Ramiro Trevino, Jr. (KKA) (Entered: 11/26/2008) |
| 11/26/2008 | 26 | REPORT AND RECOMMENDATION concerning plea of guilty re: count(s) One of the Indictment as to Ramiro Trevino, Jr. Signed by Magistrate Judge Gregory J. Kelly on 11/26/2008. (KKA) (Entered: 11/26/2008) |
| 11/26/2008 | 27 | NOTICE of no objection re 26 Report and recommendation concerning plea of guilty by Ramiro Trevino, Jr. (KKA) (Entered: 11/26/2008) |
| 11/28/2008 | 28 | NOTICE of no objection to Report and Recommendation 26 by USA as to Ramiro Trevino, Jr (Eckhart, Daniel) Modified on 12/1/2008 (JET). (Entered: 11/28/2008) |
| 12/02/2008 | 29 | NOTICE OF HEARING as to Ramiro Trevino, Jr. Sentencing set for 2/13/2009 at 09:30AM in Courtroom 6 B before Judge John Antoon II. All Motions pertaining to sentencing shall be filed no later than three days prior to the sentencing hearing.(DJD) (Entered: 12/02/2008) |
| | | |

B-12-639

| | | |
|---|---|---|
| 01/08/2009 | 40 | AMENDED NOTICE OF HEARING as to Ramiro Trevino, Jr. Sentencing reset for 2/20/2009 at 01:30PM in Courtroom 6 B before Judge John Antoon II. (DJD) (Entered: 01/08/2009) |
| 02/05/2009 | 41 | SENTENCING MEMORANDUM by Ramiro Trevino, Jr (Taylor, Charles) (Entered: 02/05/2009) |
| 02/17/2009 | 42 | MOTION for downward departure by USA as to Ramiro Trevino, Jr. (Eckhart, Daniel) (Entered: 02/17/2009) |
| 02/19/2009 | 43 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Count One of the Indictment as to Ramiro Trevino, Jr. Signed by Judge John Antoon II. (DJD) (Entered: 02/20/2009) |
| 02/20/2009 | 44 | Minute Entry for proceedings held before Judge John Antoon II: granting 42 motion for downward departure as to Ramiro Trevino Jr.; SENTENCING held on 2/20/2009 for Ramiro Trevino, Jr. on Count 1 - Imprisonment: 33 months; Court recommends that deft. be incarcerated in the State of Texas. Supervised release: 3 years. Mandatory drug testing requirements are imposed. Special conditions of supervised release: Participate in a program for treatment of drug/alcohol dependency and contribute to the costs of the program; Perform 50 hours of community service; Cooperate in the collection of DNA. Fine: Waived; Special Assessment: $100.00. Forfeiture pursuant to those assets identified that are subject to forfeiture. Defendant is remanded to the custody of the U.S. Marshal. Court Reporter: Tony Rolland (DJD) (Entered: 02/23/2009) |
| 02/20/2009 | | (Court only) ***JS-3 closing information as to Ramiro Trevino, Jr. (LAB) (Entered: 02/24/2009) |
| 02/23/2009 | 45 | JUDGMENT as to Ramiro Trevino, Jr. on Count 1 - Imprisonment: 33 months; Court recommends that deft. be incarcerated in the State of Texas. Supervised release: 3 years. Mandatory drug testing requirements are imposed. Special conditions of supervised release: Participate in a program for treatment of drug/alcohol dependency and contribute to the costs of the program; Perform 50 hours of community service; Cooperate in the collection of DNA. Fine: Waived; Special Assessment: $100.00. Forfeiture pursuant to those assets identified that are subject to forfeiture. Defendant is remanded to the custody of the U.S. Marshal. Signed by Judge John Antoon II on 2/23/2009. (DJD) (Entered: 02/23/2009) |
| 04/10/2009 | 53 | ENDORSED CJA 20 as to Ramiro Trevino, Jr: authorization to pay Charles Taylor. Amount: $7800 ($7840.50 w/exp) - Voucher ORL2009-029. Signed by Judge John Antoon II on 4/3/09. Processed 4/8/9.(jc) (Entered: 04/10/2009) |
| 05/13/2009 | | (Court only) ***Set CLOSED flag as to Carl Anthony Cooper, Ramiro Trevino, Jr. (LAM) (Entered: 05/13/2009) |
| 10/30/2009 | | (Court only) ***FEES paid for Special Assessment as to Ramiro Trevino, Jr (Amount $100.00 receipt number 032721.) (LAM) (Entered: 11/02/2009) |
| | | |

B-12-639

| 07/02/2012 | 55 | (Court only) ***PETITION on probation and supervised release as to Ramiro Trevino, Jr requesting Warrant (ORDER granting petition). Signed by Magistrate Judge Gregory J. Kelly on 7/2/2012. Forwarded to USA, USM.(KKA) (Entered: 07/02/2012) |
| --- | --- | --- |
| 07/02/2012 | 56 | *** ARREST WARRANT Issued as to Ramiro Trevino, Jr. Fowarded to USM, USA. (KKA) (Entered: 07/02/2012) |
| 08/08/2012 | 57 | TRANSFER of jurisdiction to Southern District of Texas as to Ramiro Trevino, Jr. (MAA) (Entered: 08/09/2012) |
| 08/09/2012 |  | (Court only) ***Staff notes as to Ramiro Trevino, Jr.: certified copies of indictment, judgment and docket sheet provided to TXSD. (MAA) (Entered: 08/09/2012) |