United States District Court
Southern District of Texas
FILED

OCT 0 4 2017

David J. Bradley, Clerk of Court

Clerk Mr Garza / Mr Vela,  Sep. 29, 2017

I am writing in regards to my Case # 112cr00639001 (1:12CR00639). I am in TDCJ and it shows that I have a detainer from the U.S. Marshalls-Houston on this Case. I was asking if you could please send paper work showing that I took care of this matter already If you can can you send it to Huntsville

Thank you in advance

Here is the address
Att. Johnny Armstrong Director Classification and Records
or Joni M. White Assistant
   PO Box 99
Huntsville, Tx. 77342

Fax # (936) 437-8716

Sincerely
RTJ
Ramiro Trevino Jr.

Ramiro Trevino Jr #1858581
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

NORTH TEXAS TX PRDC
DALLAS TX 750
02 OCT 2017 PM 10 L

78520-727326

Clerk
U.S. District Court
Southern District of Texas
Reynaldo G. Garza - Filemon Vela
U.S. Courthouse
600 E. Harrison ST #101
Brownsville, TX. 78520-7114

RECEIVED
David J. Bradley, Clerk